**Trista JONES Plaintiff-Appellant**

v.

**RK ENTERPRISES OF BLYTHE-VILLE, INC.; Jahid Rahman; Mahmu-da Rahman Defendants-Appellees**

No. 16-1999

United States Court of Appeals, Eighth Circuit.

Submitted: December 22, 2016

Filed: December 28, 2016

Josh Sanford, Joshua L. West, Sanford Law Firm, Little Rock, AR, for Plaintiff-Appellant

Garland Watlington, Watlington Law Firm, Jonesboro, AR, for Defendants-Appellees

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

In this appeal following a remand, see Trista Jones v. RK Enterprises of Blytheville, Inc., 632 Fed.Appx. 306 (8th Cir. 2016) (unpublished per curiam), Trista Jones appeals from an order of the district court [1] granting a reduced award of attorney's fees. We conclude the district court

properly determined the attorney's fee award in accordance with the lodestar approach and Hensley v. Eckerhart, 461 U.S. 424, 433–34, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983). We also conclude the court was within its discretion in reducing the award based on the limited success achieved. See H.J. Inc. v. Flygt Corp., 925 F.2d 257, 260–61 (8th Cir. 1991). Finally, Jones is not entitled to fees for this appeal as she is not a prevailing party. Cf. 8th Cir. R. 47C.

The judgment of the district court is affirmed. See 8th Cir. R. 47B.

___

**1.** The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.